# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Cr. No. 04-10061 |
| ) | |
| JOHN DICUS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Jerry R. Kitchen, and moves this Honorable Court for a continuance of the sentencing date and would state as follows:

Currently, this case is set for sentencing on May 24, 2005. From May 24, 2005 to May 27, 2005, the undersigned is scheduled to attend a Federal Prosecution course in Columbia, South Carolina.

I have discussed the same with counsel for the defendant, who joins this motion inasmuch as he requires additional time to review the presentence investigation report with this client.

WHEREFORE, premises considered, the United States and defense counsel request a continuance of thirty (30) in order to allow the undersigned to attend the aforesaid training seminar

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/20/05

**MOTION GRANTED**
DATE: 20 May 2005

James D. Todd
U.S. District Judge

and to allow defense counsel additional time to confer with his client.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
JERRY R. KITCHEN
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

## CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that I have this date delivered a true and exact copy of the foregoing motion to Mr. Matthew M. Maddox, PO Box 827, Huntingdon, TN 38344

This the _____ day of May 18, 2005.

_____
JERRY R. KITCHEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Honorable James Todd
US DISTRICT COURT